# GUILTY PLEA FELONY INDICTMENT MINUTES

| | | | |
|---|---|---|---|
| Time Set: | 11:00 a.m. | Date: | June 13, 2017 |
| Started: | 11:13 am – 11:33 am | Presiding Judge: | Lawrence R. Leonard, USMJ |
| Ended: | 11:39 am – 12:03 pm | Courtroom Deputy: | L. Woodcock |
| | | Reporter: | Paul McManus, OCR |
| | | U.S. Attorney: | Joseph Kosky |
| | | Defense Counsel: | Andrew Behrns |
| | | ( x ) Retained ( ) Court appointed ( ) AFPD | |
| | | Interpreter: | |
| | | U.S. Probation Officer: | Brett Riley |

Case Number: 2:17cr50  
USA v Gregory A. Mangum    ( ) in custody    (✓) on bond

(✓) Defendant requested to withdraw plea of not guilty to Count(s) 6 and enter a plea of guilty to said Count(s).
(✓) Consent to Proceed before a U.S. Magistrate Judge pursuant to Rule 11, executed and filed in open court.
(✓) Defendant sworn.
(✓) Court fully advised defendant of rights, charges, and maximum penalties. Defendant acknowledged he/she understood.
(✓) Plea agreement reviewed, executed, and filed in open court.    ( ) No plea agreement.
(✓) Court inquired as to voluntariness of plea.
(✓) Court inquired as to threats or promises.
(✓) Court advised defendant that by pleading guilty the right to a trial by jury is waived.
(✓) Court accepts plea of guilty as to Count(s) 6.
(✓) Plea of guilty entered.
(✓) Defendant satisfied with services of counsel.
(✓) Court inquired re: plea negotiations
( ) Remaining count(s) to be dismissed at Sentencing.
(✓) Statement of Facts executed and filed in open court.
(✓) Continued for pre-sentence report.
(✓) Court explained to defendant that by pleading guilty right to appeal is waived pursuant to plea agreement.
(✓) Sentencing set: 9-29-17 @ 11:00 before U.S. District Judge Allen
    (✓) Norfolk    ( ) Newport News
(✓) Unsigned Sentencing Procedure Order provided to defendant.
(✓) Sentencing Procedure Order entered and filed in open court.
(✓) Order Accepting Plea of Guilty entered and filed in open court.
( ) Court ( ) finds ( ) withholds finding defendant guilty as charged in Count (s) _____
( ) Defendant continued on bond.    ( ) See Additional conditions of release.
( ) Bond set _____    ( ) See conditions of Release
( ) Defendant remanded to custody of U.S. Marshal.
( ) Transportation Order entered and filed in open court.
(✓) Detention Ordered – Court Stays The Order until 6-15-17 at 5:00 pm. Def to file Motion.
( )