IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO.: 2:17cr50 |
| | ) |
| GREGORY A. MANGUM, | ) |
| | ) |
| *Defendant*. | ) |

## MOTION TO CONTINUE SENTENCING

Comes now Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Joseph L. Kosky, Assistant United States Attorney, and move this Honorable Court to continue the sentencing of this case currently scheduled for October 26, 2017. Undersigned counsel is scheduled to argue a case before the United States Court of Appeals for the Fourth Circuit on the same date as the sentencing in this matter. This scheduling conflict is wholly the error of undersigned counsel. Counsel for the United States has conferred with counsel for the defendant and the defendant's counsel has no objection to this request. As such, the United States respectfully requests the Court grant the motion and continues the sentencing in this matter to a reasonable date agreeable to all parties.

Respectfully Submitted,

Dana J. Boente
United States Attorney

By: _____/s/_____
Joseph L. Kosky
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: 757-441-6331
Fax: 757-441-6689
Email: joseph.kosky@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and mailed a true copy of the foregoing to the following non-filing user:

Andrew E. Behrns, Esquire
Attorney for Gregory A. Mangum
Hunter Law Firm
910 W. Mercury Blvd., Suite 2A
Hampton, VA 23666
Phone: 757-825-0400
Fax: 757-825-9389
E-Mail: abehrns@hunterlawfirm.com

                /s/
                Joseph L. Kosky
                Assistant United States Attorney
                United States Attorney's Office
                101 West Main Street, Suite 8000
                Norfolk, VA 23510
                Office Number: 757-441-6331
                Facsimile Number: 757-441-6689
                Joseph.Kosky@usdoj.gov